# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 NOV 17 PM 12: 27

CLERK. U.S. DISTRICT COU.
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>RICARDO CLEMENTE-RAMOS,<br><br>     Defendant. | CASE NO. 09CR3402-WQH<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_ the Court has granted the motion of the Government for dismissal; or

__X__ the Court has granted the motion of the defendant to dismiss the indictment due to invalid deportation

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) of: 1326 Attempted Entry After Deportation

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 17, 2009

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON 11/17/09